**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6215**

─────────────

KELVIN J. MILES,

                          Petitioner - Appellant,

         versus

UNITED STATES OF AMERICA,

                          Respondent - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge.  (CA-
00-57-S)

─────────────

Submitted:  July 13, 2000          Decided:  July 21, 2000

─────────────

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Kelvin J. Miles, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kelvin J. Miles seeks to appeal the district court's order dismissing without prejudice his motion construed as a petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). In the motion, Miles challenged the validity of his state convictions but named the United States as Respondent. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to appeal in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Miles v. United States, No. CA-00-57-S (D. Md. Jan. 14, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on January 13, 2000, the district court's records show that it was entered on the docket sheet on January 14, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).